759 S.E.2d 745

**The STATE, Respondent,**

**v.**

**Mike SALLEY, Petitioner.**

**Appellate Case No. 2012–212233.**

**No. 2012–212233.**

Supreme Court of South Carolina.

Heard June 11, 2014.
Decided June 18, 2014.

Appellate Defender Kathrine Haggard Hudgins, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, and Assistant Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

PER CURIAM.

We granted Mike Salley's petition for a writ of certiorari to review the decision of the Court of Appeals in *State v. Salley,* Op. No. 2012–UP091, 2012 WL 10830189 (S.C.Ct.App. filed Feb. 22, 2012). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE, JJ., and Acting Justice DOROTHY MOBLEY JONES, concur.